UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S ...
U.S. DISTRICT ...
★                    ★
...1 ... 200...

-------------------------------------------------------------------X

ROBERT RIVERA,

P.M. _____ **JUDGMENT**

TIME A.M. _____ 05-CV- 0809 (FB)

                Petitioner,

  -against-

DAVID MILLER,

                Respondent.

-------------------------------------------------------------------X

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on June 13, 2005, dismissing petitioner's petition as untimely; and ordering that a Certificate of Appealability will not issue; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition is dismissed as untimely; and that a Certificate of Appealability will not issue.

Dated: Brooklyn, New York
       June 13, 2005

                                     ROBERT C. HEINEMANN
                                     Clerk of Court